1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700



FILED
DEC 0 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:12-SW 0 0 8 3 3   EFB

IN THE MATTER OF THE SEARCH OF     )
USPS Express Mail Envelope,        )
EG824298325US addressed to         )   **ORDER**
"Jessica Owens, 228 Sutton Way     )
E115, Grass Valley, Ca 95945"      )
                                   )   **FILED UNDER SEAL**
                                   )
                                   )
                                   )
                                   )
_____)

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: December 6, 2012

_____
Hon. Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

1